Robyn Crowther (SBN 193840)
rcrowther@steptoe.com
Adam Kretz (SBN 293078)
akretz@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439.9400
Facsimile: (213) 439.9599

Sarah D. Gordon (*pro hac vice*)
sgordon@steptoe.com
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429.3000
Facsimile: (202) 429.3902

Attorneys for Defendants
SENTINEL INSURANCE COMPANY, LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTRE EXHIBITS, LLC., <br><br>Plaintiffs, <br>vs. <br><br>SENTINEL INSURANCE COMPANY, LIMITED; INSURANCE OFFICE OF AMERICA, INC., a Florida Corporation, d/b/a IOA Insurance Services, and DOES 1 to 30, inclusive, <br><br>Defendants. <br><br>SENTINEL INSURANCE COMPANY, LTD., <br><br>Counter Claimant, <br>vs. <br><br>MOSTRE EXHIBITS, LLC <br><br>Counter Defendant. | Case No.: 3:20-cv-01332-BAS-BLM <br><br>*Hon. Cynthia A. Bashant* <br>*Courtoom 4B* <br><br>**SENTINEL INSURANCE COMPANY, LTD.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br>No Oral Argument Unless Requested by the Court <br><br>Complaint Filed: May 26, 2020 <br>Am. to Complaint Filed: May 29, 2020 <br>Trial Date: March 8, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Sentinel Insurance Company, Limited ("Sentinel") moves the Court for judgment on the pleadings in the above-captioned action pursuant to Federal Rule of Civil Procedure 12(c). Sentinel moves for judgment on the pleadings on the grounds that there is no coverage under the insurance policy at issue and, therefore, that Plaintiff has failed to state a claim for relief that is plausible on its face.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 24, 2020.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Sentinel's Request for Judicial Notice and Exhibits thereto, the Declaration of Adam J. Kretz, any reply Sentinel may make; the pleadings and records in this action; and any other such matters, evidence, and arguments as may be presented at or prior to the hearing.

DATED: March 5, 2021  STEPTOE & JOHNSON LLP

By: _/s/ Adam J. Kretz_
  Robyn Crowther
  Sarah D. Gordon (*pro hac vice*)
  Adam J. Kretz
Attorneys for Defendant
SENTINEL INSURANCE COMPANY, LTD.