UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSTRE EXHIBITS, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED AND DOES 1-30,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20cv1332-BAS(BLM)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO EXTEND PRETRIAL AND TRIAL DATES**<br><br>**[ECF NO. 35]** |

On February 25, 2021, the parties filed a Joint Motion to Extend Certain Discovery Deadlines. ECF No. 28. The parties sought to continue the deadlines for expert designation and disclosures, supplemental designation, rebuttal disclosures, close of fact discovery, and close of expert discovery. Id. at 3. The Court granted the motion on February 26, 2021. ECF No. 29.

On June 9, 2021, the parties filed a Joint Motion to Extend Pretrial and Trial Dates. ECF No. 35. The parties seek to continue the remaining case deadlines anywhere from five to seven months. Id. at 3-4. In support, the parties state that "since the pending Motion for Judgment on the Pleadings could materially change which issues in the case remain for adjudication by the court, if any, [] it would preserve resources of the parties to extend the existing deadlines as well as the trial date."

Good cause appearing, the parties' motion is **GRANTED** as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Expert Designation | June 10, 2021 | October 8, 2021 |
| Supplemental Designation | July 15, 2021 | November 12, 2021 |
| Expert Disclosures | June 28, 2021 | October 29, 2021 |
| Contradictory/Rebuttal Disclosures | July 26, 2021 | November 29, 2021 |
| Fact Discovery | July 29, 2021 | December 3, 2021 |
| Expert Discovery | August 20, 2021 | December 23, 2021 |
| Pretrial Motions | September 10, 2021 | January 10, 2022 |
| Mandatory Settlement Conference | November 8, 2021 @ 9:30 a.m. | No Change |
| Confidential Settlement Statement | October 28, 2021 | No Change |
| Pretrial Disclosures | December 6, 2021 | April 4, 2022 |
| Meet and Confer | December 13, 2021 | April 11, 2022 |
| Proposed Pretrial Order to Opposing Counsel | December 20, 2021 | April 18, 2022 |
| Lodging of Proposed Pretrial Order | December 27, 2021 | April 25, 2022 |
| Pretrial Conference | January 10, 2022 @ 11:00 a.m. | May 9, 2022 @ 11:00 a.m. |
| Motions in Limine | January 24, 2022 | May 23, 2022 |
| Responses to Motions in Limine | February 7, 2022 | June 6, 2022 |
| Proposed Jury Instructions, Verdict Form, *Voir Dire* questions, and Statement of the Case | February 7, 2022 | June 6, 2022 |
| Exchange of Final Exhibit and Witness Lists | March 1, 2022 | July 12, 2022 |

| Hearing for Motions in Limine | February 28, 2022 | July 11, 2022 |
| --- | --- | --- |
| Trial | March 8, 2022 @ 9:00 a.m. | July 19, 2022 @ 9:00 a.m. |

All other guidelines and requirements remain as previously set.  ECF Nos. 16, 29.

**IT IS SO ORDERED**.

Dated:  6/11/2021

Hon. Barbara L. Major
United States Magistrate Judge